UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MATIAS GROSSO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LaROSE; and MARKWAYNE MULLIN,<br><br>Respondent. | Case No.: 3:26-cv-3436-JES-GC<br><br>**ORDER:**<br><br>**(1) DENYING PETITION FOR WRIT OF HABEAS CORPUS; and**<br><br>**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 3]** |

On April 27, 2026, Petitioner filed a petition for writ of habeas corpus, challenging his immigration detention in the district court for the District of Columbia. ECF No. 1. On June 3, 2026, the case was transferred to the Southern District of California. ECF Nos. 2-3.

Prior to this instant petition, Petitioner has filed several other petitions before this Court: Case No. 25-cv-3593-JES-BJW, filed on December 12, 2025; Case No. 26-cv-396-CAB-MMP, filed on January 22, 2026; Case No. 26-cv-1575-BAS-BLM, filed on March 12, 2026; and Case No. 26-cv-1982-JLS-JLB, filed on March 27, 2026. Furthermore, after

1

Petitioner filed this petition originally in the District of Columbia, Petitioner also filed two new cases in this district: Case No. 25-cv-3112-JES-DDL, filed on May 11, 2026, and Case No. 26-cv-3082-CAB-MMP, filed on May 15, 2026.

Each of these habeas petitions have been ruled upon and are closed. Petitioner's new petition in this instant case fails to raise any new issues not already addressed by the Court in these previous cases. Accordingly, the Court must **DENY WITHOUT PREJUDICE** the petition as duplicative at this time. The Clerk of the Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-3436-JES-GC